| AO 10*<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Venters,, Jerry W. | 2. Court or Organization<br><br>U. S. District Court (Bankruptcy) | 3. Date of Report<br><br>03/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
400 E. 9th St., Room 6462
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | James Mark Apartments Partnership |
| 2. | General Partner | East High Street Apartments Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Office of Personnel Management - Civil Service Annuity |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hawthorn Bank, f/k/a Exchange Bank | Mortgage on Rental Property # 2, Holts Summit, MO (Part VII, line 6) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Puritan Mutual Fund (Y) | | | | | | | | | |
| 2. Am Wash Mutual Invest Fund (Y) | | | | | | | | | |
| 3. Europacific Growth Fund (American Funds) (Y) | | | | | | | | | |
| 4. Small Cap World Fund (American Funds) (Y) | | | | | | | | | |
| 5. Growth Fund of America (American Funds) (Y) | | | | | | | | | |
| 6. Rental Property # 2, Holts Summit, MO (1997 $270,000) | F | Rent | N | R | | | | | |
| 7. _____ Apts. Ptnr (1/3) (1982 $205,000) Cole County, MO | D | Rent | L | R | | | | | |
| 8. _____ Apt Ptnr (1/3) (1982 $145,000) Cole County, MO | D | Rent | K | R | | | | | |
| 9. Federated Kaufmann Fund (Federated) (Y) | | | | | | | | | |
| 10. Federated Kaufmann Fund (Federated) (Y) | | | | | | | | | |
| 11. United Vanguard Fund (Waddell & Reed) (IRA) (Y) | | | | | | | | | |
| 12. TIAA-CREF (IRA) (Y) | | | | | | | | | |
| 13. Amcap Fund, Inc. (American Funds) (IRA) (Y) | | | | | | | | | |
| 14. AGE Bank Deposit Program f/k/a Centennial MM Trust (IRA) (Y) | | | | | | | | | |
| 15. New Perspectives Fund (American Funds) (IRA) (Y) | | | | | | | | | |
| 16. American Mutual Fund, Inc. (IRA) (Y) | | | | | | | | | |
| 17. Fundamental Investors, Inc. (American Funds) (IRA) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Life Insurance | D | Dividend | M | T | | | | | |
| 19. UMGA Acct. # 1 - New Perspectives Fund (Wachovia Sec) (Y) | | | | | | | | | |
| 20. UMGA Acct. # 2 - New Perspectives Fund (Wachovia Sec) (Y) | | | | | | | | | |
| 21. UMGA Acct. # 3 - New Perspectives Fund (Wachovia Sec) (Y) | | | | | | | | | |
| 22. Smallcap World Fund (American Funds) (IRA) (Y) | | | | | | | | | |
| 23. New World Fund (American Funds) (IRA) (Y) | | | | | | | | | |
| 24. KBS Real Estate Invest Trust II | A | Distribution | K | T | | | | | |
| 25. New World Fund (American Funds) (Y) | | | | | | | | | |
| 26. New World Fund (American Funds) (Y) | | | | | | | | | |
| 27. Europacific Growth Fund (Y) | | | | | | | | | |
| 28. Europacific Growth Fund (Y) | | | | | | | | | |
| 29. Artisan Intl Investor | A | Dividend | J | T | Sold (part) | 04/17/12 | J | A | |
| 30. American Growth Fund (Y) | | | | | | | | | |
| 31. American Growth Fund (Y) | | | | | | | | | |
| 32. Loomis Sayles Bond | B | Interest | K | T | | | | | |
| 33. | | | | | Sold (part) | 04/17/12 | J | A | |
| 34. (Y) Included in line 32 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Total Return | A | Dividend | J | T | Sold (part) | 04/17/12 | J | A | |
| 36. (Y) | | | | | | | | | |
| 37. (Y) | | | | | | | | | |
| 38. Pimco Emerging Local | A | Dividend | K | T | | | | | |
| 39. (Y) | | | | | | | | | |
| 40. Pimco Unconstrained Bond | A | Dividend | J | T | Sold (part) | 04/17/12 | J | A | |
| 41. (Y) | | | | | | | | | |
| 42. T. Rowe Price Growth | A | Dividend | J | T | | | | | |
| 43. Royce Pennsylvania Mutual | A | Dividend | J | T | | | | | |
| 44. Thornburg Intl. Value | A | Dividend | J | T | | | | | |
| 45. Altegris Managed Futures | A | Dividend | J | T | | | | | |
| 46. American Century Equity | A | Dividend | J | T | | | | | |
| 47. Selected American Shares | A | Dividend | J | T | | | | | |
| 48. (Y) | | | | | | | | | |
| 49. (Y) | | | | | | | | | |
| 50. Ivy Asset Strategy | A | Dividend | J | T | | | | | |
| 51. FS Invt. Corp. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Thornburg Ltd. Term Muni. | A | Interest | | | Sold | 04/17/12 | J | A | |
| 53. Arbitrage Fund CL 1 (Y) | | | | | | | | | |
| 54. (Y) | | | | | | | | | |
| 55. Dodge and Cox Stock 80 (Y) | | | | | | | | | |
| 56. (Y) | | | | | | | | | |
| 57. Fairholme Fund 259 (Y) | | | | | | | | | |
| 58. (Y) | | | | | | | | | |
| 59. Fidelity Advisor FL Rate Hig. (Y) | | | | | | | | | |
| 60. (Y) | | | | | | | | | |
| 61. IRA # 1 | E | Dividend | N | T | | | | | |
| 62. - AmCent Equity Income | | | | | Sold (part) | 12/10/12 | J | | |
| 63. - Arbitrage Fund Class I (Y) | | | | | | | | | |
| 64. - Dodge & Cox Stock (Y) | | | | | | | | | |
| 65. - Fairholme (Y) | | | | | | | | | |
| 66. (Y) | | | | | | | | | |
| 67. - Amer Funds Grth Fund (Y) | | | | | | | | | |
| 68. - Royce Pennsylvania Mutual Inv. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Selected American | | | | | | | | | |
| 70. (Y) | | | | | | | | | |
| 71. - T. Rowe Price Gr Stk Adv | | | | | | | | | |
| 72. - Artisan International Inv. | | | | | Sold (part) | 04/18/12 | J | | |
| 73. | | | | | Sold | 12/10/12 | J | | |
| 74. - Putnam International Opportunities (Y) | | | | | | | | | |
| 75. - Thornburg Intl Value | | | | | | | | | |
| 76. - Loomis Sayles Bond Instl | | | | | Sold (part) | 12/10/12 | J | | |
| 77. - Pimco Unconstrained Bd. Instl. Class | | | | | Sold (part) | 04/18/12 | K | | |
| 78. - PIMCO Total Ret. Instl. | | | | | Sold (part) | 04/18/12 | J | | |
| 79. - Pimco Emerging Local Bond Inst. | | | | | | | | | |
| 80. - Pimco Low Duration | | | | | Sold | 04/18/12 | K | | |
| 81. - Ivy Asset Strategy | | | | | | | | | |
| 82. - Commonwealth Financial Bank Deposit Sweep Program | | | | | | | | | |
| 83. - Altegris Winton Futures Fund LP | | | | | | | | | |
| 84. - Cole Credit Property Trust | | | | | | | | | |
| 85. - FS Investment Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - KBS Real Estate Investment Trust II | | | | | | | | | |
| 87. - Doubleline Total Return Bond Fund | | | | | Buy | 04/18/12 | K | | |
| 88. - JP Morgan Chase & Co Alerian MLP | | | | | Buy | 04/18/12 | K | | |
| 89. - Vanguard Intl Equity Index Fds. | | | | | Buy | 04/20/12 | K | | |
| 90. IRA # 2 | D | Dividend | M | T | | | | | |
| 91. - AmCent Equity Income | | | | | | | | | |
| 92. - Arbitrage Fund Class I (Y) | | | | | | | | | |
| 93. - Dodge & Cox Stock | | | | | Buy | 04/18/12 | J | | |
| 94. - Fairholme (Y) | | | | | | | | | |
| 95. - Amer. Funds Grth Fund (Y) | | | | | | | | | |
| 96. - Royce Pennsylvania Mutual Inv. | | | | | | | | | |
| 97. - Selected American | | | | | Buy (add'l) | 04/20/12 | J | | |
| 98. - (Y) | | | | | | | | | |
| 99. - T. Rowe Price Gr Stk Adv. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 100. - Artisan International Inv. | | | | | Sold (part) | 04/18/12 | J | | |
| 101. - Putnam International Opportunities (Y) | | | | | | | | | |
| 102. - Thornburg Intl. Value | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Loomis Sayles Bond Instl. | | | | | | | | | |
| 104. - Pimco Unconstrained Bd. Instl. Class | | | | | Sold (part) | 04/18/12 | K | | |
| 105. - PIMCO Total Ret. Instl. | | | | | Sold (part) | 04/18/12 | J | | |
| 106. - Pimco Emerging Local Bond Inst. | | | | | | | | | |
| 107. - Pimco Low Duration | | | | | Sold | 04/18/12 | J | | |
| 108. - Ivy Asset Strategy Fund | | | | | | | | | |
| 109. - Commonwealth Financial Bank Deposit Sweep Program | | | | | | | | | |
| 110. - Altegris Winton Futures Fund LP | | | | | | | | | |
| 111. - Cole Credit Property Trust | | | | | | | | | |
| 112. - FS Investment Corp. | | | | | | | | | |
| 113. - KBS Real Estate Investment Trust II | | | | | | | | | |
| 114. - Doubleline Total Return Bond Fund | | | | | Buy | 04/18/12 | J | | |
| 115. - JP Morgan Chase & Co Alerian MLP | | | | | Buy | 04/18/12 | J | | |
| 116. - Vanguard Intl Equity Index Fds | | | | | Buy | 04/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Venters,, Jerry W. | 03/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI. Liabilities. I have deleted the entry on Line 2 of the 2011 report listing a mortgage debt to Jefferson Bank of Missouri because that debt was paid in full in 2012.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Venters,, Jerry W. | 03/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry W. Venters,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544